IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Gene Stilp, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 18-cv-00117-CCC |
| | : | |
| vs. | : | (The Hon. Christopher C. Conner) |
| | : | |
| York County, Pennsylvania, | : | |
| | : | |
| Defendant. | : | |

### STIPULATION AND PROPOSED ORDER FOR WITHDRAWAL OF MOTION TO DISMISS AND EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT

The parties to this action, Plaintiff Gene Stilp by his undersigned counsel, Mette, Evans & Woodside, P.C., and Defendant York County, Pennsylvania by its undersigned counsel Barley Snyder, LLP, hereby **STIPULATE** that Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. 24) is hereby **WITHDRAWN**.

Defendant's deadline to file an answer to the complaint is **EXTENDED** for thirty (30) days, i.e., until **July 23, 2018**, by consent of plaintiff. The parties have reached a settlement of this matter, and the parties expect that they will have reduced such agreement to a signed agreement prior to defendant's response date, at which time the parties intend to file a stipulation for voluntary dismissal of the present action with prejudice.

| | |
|---|---|
| **METTE, EVANS & WOODSIDE, P.C.** | **BARLEY SNYDER LLP** |
| /s/ Aaron D. Martin | /s/ Paul W. Minnich |
| Aaron D. Martin<br>PA Atty. I.D. No. 76441<br>Veronica L. Boyer<br>PA Atty. I.D. No. 310095<br>3401 North Front Street<br>Harrisburg, PA 17110<br>Telephone: (717) 232-5000<br>Fax: (717) 236-1816<br>Email: admartin@mette.com<br>Email: vlboyer@mette.com<br>*Attorneys for Plaintiff* | Paul W. Minnich<br>Pa Atty. I.D. No. 74453<br>Justin A. Tomevi<br>Pa Atty. I.D. No. 313661<br>100 East Market Street<br>York, PA 17401<br>Telephone: (717) 846-8888<br>Fax: (717) 843-8492<br>Email: pminnich@barley.com<br>Email: jtomevi@barley.com<br>*Attorneys for Defendant* |

## ORDER

AND NOW, this 25th day of June, 2018, upon consideration of the foregoing **STIPULATION AND PROPOSED ORDER FOR WITHDRAWAL OF MOTION TO DISMISS AND EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT**, it is **ORDERED** that the motion is **GRANTED**. Defendant's deadline to file an answer to the complaint is **EXTENDED** until **July 23, 2018**. The parties shall file a stipulation for dismissal of this matter with prejudice upon finalization of a written settlement agreement and the parties' compliance with such agreement's terms.

BY THE COURT:

Christopher C. Conner
Chief United States District Judge