# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Gene Stilp, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 18-cv-00117-CCC |
| | : | |
| vs. | : | (The Hon. Christopher C. Conner) |
| | : | |
| York County, Pennsylvania, | : | |
| | : | |
| Defendant. | : | |

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

The parties to this action, Plaintiff Gene Stilp by his undersigned counsel, Mette, Evans & Woodside, P.C., and Defendant York County, Pennsylvania by its undersigned counsel Barley Snyder, LLP, hereby **STIPULATE** pursuant to F.R.C.P. 41(a)(1)(A)(ii) that this action, including any and all claims for declaratory, injunctive and monetary relief, as well as any and all claims for attorneys fees and costs, be **DISMISSED WITH PREJUDICE** in accordance with the settlement agreement of the parties.

| **METTE, EVANS & WOODSIDE, P.C.** | **BARLEY SNYDER LLP** |
|---|---|
| /s/ Aaron D. Martin | /s/ Paul W. Minnich |
| _____ | _____ |
| Aaron D. Martin | Paul W. Minnich |
| PA Atty. I.D. No. 76441 | Pa Atty. I.D. No. 74453 |
| Veronica L. Boyer | Justin A. Tomevi |
| PA Atty. I.D. No. 310095 | Pa Atty. I.D. No. 313661 |
| 3401 North Front Street | 100 East Market Street |
| Harrisburg, PA  17110 | York, PA  17401 |
| Telephone:  (717) 232-5000 | Telephone:  (717) 846-8888 |
| Fax:  (717) 236-1816 | Fax:  (717) 843-8492 |
| Email:  admartin@mette.com | Email:  pminnich@barley.com |
| Email:  vlboyer@mette.com | Email:  jtomevi@barley.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |